DEF-00316

5 LOCATIONS TO SERVE YOU

JACKSON 601-372-5534
PEARL 601-939-2861
BYRAM 601-371-8429
CLINTON 601-924-4510
FLORENCE/RICHLAND 601-932-2690

# REVELL HARDWARE & SUPPLY GROUP

60 YEARS

****** GOD BLESS *******
****** OUR TROOPS ******

PAGE NO: 1

BILLING QUESTIONS
PHONE 601-939-2861
FAX 601-939-5613
EMAIL: PAYABLES@TEAMREVELL.COM

PLEASE MAIL PAYMENT TO:
P.O. BOX 54427
PEARL, MS 39288-4427

| CUSTOMER NO | JOB NO | PURCHASE ORDER | REFERENCE | TERMS | CLERK | DATE/TIME |
|---|---|---|---|---|---|---|
| 28500 | 000 | GC | PO#GC | NET 30 DAYS | AEC | 2/5/13 5:47 |

TERMINAL: 575

SOLD TO:
CITY OF PEARL
ATTN: CHERYL POLLARD PURCH.
P.O. BOX 5948
PEARL MS 39288-5948

SHIP TO:

SALESPERSON: FB FRED BURNS
TAX: 600 SUPPLY NON-TAXABLE-EX

## INVOICE: 976972

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | LOCATION | UNITS | PRICE /PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | EA | 42112 | QUIK FIX COUPLING 3/4 HXSPIG | 20B01 | 2 | 4.99 /EA | 9.98 N |
| 1 | 1 | EA | 43137 | TEE 3/4" SXSXS SCH40 | 20B01 | 1 | 0.49 /EA | .49 N |
| 1 | 1 | EA | O6151476 | 30707 3/4 SXS 90 PVC ELBOW | 20B01 | 1 | 0.49 /EA | .49 N |
| 3 | 3 | EA | O6151369 | 30107 3/4 PVC COUPLING 85203 | 20B01 | 3 | 0.39 /EA | 1.17 N |
| 1 | 1 | EA | 7264393 | DEEP WOODS OFF DRY | 29B06 | 1 | 6.99 /EA | 6.99 N |

FAX

** AMOUNT CHARGED TO STORE ACCOUNT ** 16.25

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 19.12 |
| SUB-TOTAL | 19.12 |
| TD DISCOUNT | -2.87 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **16.25** |

X [signature]
Received By

(EDDIE)

EXHIBIT H

tabbies

5 LOCATIONS TO SERVE YOU
JACKSON 601-372-5534
PEARL 601-939-2861
BYRAM 601-371-8429
CLINTON 601-924-4510
FLORENCE/RICHLAND 601-932-2690

# REVELL HARDWARE & SUPPLY GROUP

60 YEARS 1950 2010

****** GOD BLESS *******
****** OUR TROOPS ******

PAGE NO: 1

BILLING QUESTIONS
PHONE 601-939-2861
FAX 601-939-5615
EMAIL: PAYABLES@TEAMREVELL.COM
PLEASE MAIL PAYMENT TO:
P.O. BOX 54427
PEARL, MS 39288-4427

DEF-00317

| CUSTOMER NO. | JOB NO. | PURCHASE ORDER | REFERENCE | TERMS | CLERK | DATE/TIME |
|---|---|---|---|---|---|---|
| 23500 | 000 | GC | PO # GC | NET 30 DAYS | AEC | 2/5/15 4:39 |

TERMINAL: 575

SOLD TO:
CITY OF PEARL
ATTN: CHERYL POLLARD-PURCH
PO BOX 5948
PEARL MS 39288-5948

SHIP TO:

SALESPERSON: FB FRED BURNS
TAX: 600 SUPPLY NON-TAXABLE-EX

## INVOICE: 976968

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | LOCATION | UNITS | PRICE /PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | EA | O6151369 | 30107 3/4 PVC COUPLING 85203 | 20B01 | 2 | 0.39 /EA | .78 N |
| 2 | 2 | EA | O6151401 | 30110 1 PVC COUPLING 85205 | 20B01 | 2 | 0.69 /EA | 1.38 N |
| 1 | 1 | EA | 49793 | 8 OZ PIPE CLEANER | 20A03 | 1 | 8.99 /EA | 8.99 N |
| 1 | 1 | EA | 4039434 | 8 OZ MP CEMENT ACE | 20A03 | 1 | 7.49 /EA | 7.49 N |

FAX

** AMOUNT CHARGED TO STORE ACCOUNT ** 15.84

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 18.64 |
| SUB-TOTAL | 18.64 |
| TD DISCOUNT | -2.80 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **15.84** |

X [signature]
Received By

(BLAKE)