# REVELL HARDWARE & SUPPLY GROUP

***** GOD BLESS OUR TROOPS *****

**3 LOCATIONS TO SERVE YOU**
JACKSON 601-372-5534
PEARL 601-939-2551
CLINTON 601-924-4510
BYRAM 601-371-8429
FLORENCE/RICHLAND 601-932-2690

BILLING QUESTIONS
PHONE 601-939-2861
FAX 601-934-5615
EMAIL: PAYABLES@TEAMREVELL.COM
PLEASE MAIL PAYMENT TO:
P.O. BOX 54427
PEARL, MS 39288-4427

PAGE NO: 1

CUSTOMER: [redacted]
PURCHASE ORDER: CC
RECEIVED BY: POLICE
CLERK: AEC

SALESPERSON: FB FRED BURNS
TAX: 600 SUPPLY NON-TAXABLE-EX

TERMS: NET 30 DAYS

## INVOICE: 976972

TERMINAL 575

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | LOCATION | UNITS | PRICE PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | EA | 42112 | QUIK FIX COUPLING 3/4 HXSPIG | 20B01 | 2 | 4.99 /EA | 9.98 N |
| 1 | 1 | EA | 43137 | TEE 3/4" SXSXS | 20B01 | 1 | 0.49 /EA | .49 N |
| 1 | 1 | EA | 06151476 | 30707 3/4 SXS 90 PVC ELBOW | 20B01 | 1 | 0.49 /EA | .49 N |
| 3 | 3 | EA | 06151369 | 30107 3/4 PVC COUPLING 85203 | 20B01 | 3 | 0.39 /EA | 1.17 N |
| 1 | 1 | EA | 7264393 | DEEP WOODS OFF DRY | 29B08 | 1 | 6.99 /EA | 6.99 N |

TAX

** AMOUNT CHARGED TO STORE ACCOUNT **  16.25

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 19.12 |
| SUB-TOTAL | 19.12 |
| TD DISCOUNT | -2.87 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **16.25** |

X _[signature]_
Received By
(EDDIE)



SERVING CENTRAL MISSISSIPPI SINCE 1950    WWW.TEAMREVELL.COM    EXCEPTIONAL SERVICE-UNLIMITED SOURCING


EXHIBIT H

DEF-00316

# REVELL HARDWARE & SUPPLY GROUP

***** GOD BLESS *****
***** OUR TROOPS *****

**5 LOCATIONS TO SERVE YOU**

| JACKSON | PEARL | CLINTON |
|---|---|---|
| 601-372-5534 | 601-939-2361 | 601-924-4510 |
| BYRAM | | FLORENCE/RICHLAND |
| 601-371-8425 | | 601-932-2690 |

**BILLING QUESTIONS**
PHONE 601-939-0861
FAX 601-939-5615
EMAIL: PAYABLES@TEAMREVELL.COM
P.O. BOX 54427
PEARL, MS 39288-4427

PAGE NO: 1

**INVOICE: 976968**

SALESPERSON: FB  FRED BURNS
TAX: 600  SUPPLY NON-TAXABLE-EX

TERMINAL: 575

CUSTOMER: ...
...
P.O.#: GC
TERMS: NET 20 DAYS

| SHIPPED | ORDERED | UM | SKU | DESCRIPTION | LOCATION | UNITS | PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 2 | 2 | EA | 06151369 | 3/4 PVC COUPLING 85203 | 20B01 | 2 | 0.39 /EA | .78 |
| 2 | 2 | EA | 06151401 | 1 PVC COUPLING 85205 | 20B01 | 2 | 0.69 /EA | 1.38 N |
| 1 | 1 | EA | 49793 | 8 OZ PIPE CLEANER | 20A03 | 1 | 8.99 /EA | 8.99 N |
| 1 | 1 | EA | 4039434 | 8 OZ MP CEMENT ACE | 20A03 | 1 | 7.49 /EA | 7.49 N |

TAX

** AMOUNT CHARGED TO STORE ACCOUNT **     15.84

| | |
|---|---|
| TAXABLE | 0.00 |
| NON-TAXABLE | 18.64 |
| SUB-TOTAL | 18.64 |
| TD DISCOUNT | -2.80 |
| TAX AMOUNT | 0.00 |
| **TOTAL AMOUNT** | **15.84** |

X _Bobby Blue_ Received By

(BLAKE)

SERVING CENTRAL MISSISSIPPI SINCE 1950    WWW.TEAMREVELL.COM    EXCEPTIONAL SERVICE-UNLIMITED SOURCING

DEF-00317